UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　　　　　　　**Plaintiff,**<br><br>　　　　　　v.<br><br>**APPROXIMATELY 942,462.845 USDT,**<br>　　　　　　　　　　　**Defendant.** | Criminal No. 1:25-cv-00173 |

## STATUS REPORT AS TO FORFEITURE

　　　　The United States of America informs the Court of the following, pursuant to the Cout's Order to provide a status update:

　　　1.　　The United States completed publication and notice as required under Supp. Rule G(4).

　　　2.　　Since filing the Verified Complaint, the United States seized additional cryptocurrency involving similar facts and perpetrators. The United States intends to amend the Verified Complaint imminently to include the newly-seized cryptocurrency and facts necessary to support forfeiture.

　　　3.　　The United States must republish and send notice to interested parties. The United States anticipates this process may take an additional seventy days.

June 2, 2025
Washington, D.C.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Rick Blaylock, Jr.*
　　　　　　　　　　　　　　　　　　　Rick Blaylock, Jr.
　　　　　　　　　　　　　　　　　　　TX Bar No. 24103294
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

-2-

        United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-6765
rick.blaylock.jr@usdoj.gov

*Attorney for the United States*